UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHERI L. MULLANE,

    Plaintiff,

v.

    Case No. 3:21-cv-1219-TJC-PDB

AMERIS BANK,

    Defendant.

**ORDER**

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 44), filed on October 27, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of November, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of Record